FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ENRIQUE MARTINEZ, | No. CV 06-5534-DSF (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. WONG, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5-9-08

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE